UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAURICIO BAEZ ROMERO,

                              Plaintiff,

          - against -

DHL EXPRESS, INC., et al.,

                              Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-17-13
```

**OPINION**

**12 Civ. 1942 (LAK) (RLE)**

**RONALD L. ELLIS, United States Magistrate Judge:**

        Before the Court is Plaintiff Baez Romero's Motion to Compel the Production of

Documents.  (Docket No. 95.)  In his motion, Baez Romero asks the Court to compel non-party

Sedgewick Claims Management Services ("Sedgewick") to produce documents in response to a

subpoena Baez Romero served on Sedgewick.  Following Sedgewick's representation to the

Court at a telephone conference on December 16, 2013, that it will comply with the subpoena,

this motion is **DENIED** as moot.  This resolves Docket Number 95.  The Clerk of the Court is

directed to removed Docket Number 95 from the Court's docket.

**SO ORDERED this 16th day of December 2013**
**New York, New York**

The Honorable Ronald L. Ellis
United States Magistrate Judge